# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANGEL ROJAS,

    Petitioner,

    -vs-

UNITED STATES OF AMERICA,

    Respondent.

:

Case No. 3:07-cr-081
Also Case No. 3:10-cv-297

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #896), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the Motion to Vacate under 28 U.S.C. § 2255 is DISMISSED with prejudice as time-barred.

September 19, 2011.

                                          Walter Herbert Rice
                                          United States District Judge