IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

DAVID ANTHONY RENDER,

        Defendant.

:
:
:
:
:
:

Case No. 3:07cr81 (19)

JUDGE WALTER HERBERT RICE

---

ENTRY TAKING NO ACTION ON PETITION FOR ACTION ON
CONDITIONS OF PRETRIAL RELEASE (DOC. #907), FILED
NOVEMBER 3, 2011; UNITED STATES MARSHALS SERVICE
DIRECTED TO OBTAIN DESIGNATION FOR DEFENDANT, IN ORDER
THAT HE MIGHT SERVE THE SENTENCE PREVIOUSLY IMPOSED;
RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION
ENTRY

---

Pursuant to the record made in open Court on Thursday, November 3, 2011,
this Court takes no action on the November 3, 2011, Petition for Action on
Conditions of Pretrial Release (Doc. #907). Further, pursuant to the above
referenced record, this Court orders the United States Marshals Service to secure a
designation for this Defendant, in order that he might begin serving the 24-month
sentence imposed on June 11, 2010, the execution of which has been stayed.

Following the above Court proceeding, the Defendant was orally explained
his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

November 4, 2011

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

William Schenck, AUSA
Thomas Eagle, Esq.
Vali Dye, U.S. Pretrial Services Officer
United States Marshals Service