IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

DANIEL GARCIA-GUIA,

        Defendant.

:

:  Case No.  3:07cr081
    Court of Appeals No. 09-4285

:

:  JUDGE WALTER HERBERT RICE

:

---

ENTRY COMPLYING WITH MANDATE OF THE SIXTH CIRCUIT
COURT OF APPEALS; DEFENDANT'S CONSPIRACY CONVICTION
HAVING BEEN REVOKED, SAME IS DISMISSED; IN ALL OTHER
RESPECTS, THE UNDERLYING CONVICTIONS AND THIS COURT'S
SENTENCES THEREON REMAIN UNAFFECTED

---

Pursuant to the mandate of the United States Court of Appeals for the Sixth

Circuit (Doc. #917), and that Court's earlier decision on the merits of the

Defendant's appeal (Doc. #916), the Defendant's conspiracy conviction under

21 U.S.C. § 846 having been vacated, the charge upon which said conviction was

had is dismissed, with prejudice.  In all other respects, this Court's sentence of

September 29, 2009 (Doc. #784), journalized in a Judgment Entry on September

30, 2009 (Doc. #785), remains unchanged.

May 8, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Charles McKinney, Esq.
Clerk,  Sixth Circuit Court of Appeals

-2-